UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE – OPELOUSAS DIVISION

MARK J. HARRIS, PAUL A. EMMER     CIVIL ACTION NO. 06-0186
TRINITY HEALTHCARE MANAGEMENT INC.
TRINITY MANAGEMENT SERVICES INC.
    Plaintiffs

JUDGE HAIK

VS.

MAGISTRATE JUDGE METHVIN

GARY LYN CAIN, HENRY S. MEYER
BRUCE M. ARINAGA, JOSEPH R. WARREN
LYN FAMILY WEALTH MANAGEMENT TRUST
POWERHOUSE HEALTHCARE MANAGEMENT, L.L.C.
FIRST CHOICE CAPITAL SERVICES, L.L.C.
QUEST CAPITAL RESOURCES, L.L.C., MORGAN STANLEY D.W. INC.
BEHAVIORAL HOSPITAL OF LUTCHER L.L.C
BEHAVIORAL HOSPITAL OF SHREVEPORT L.L.C.
SHREVEPORT REHABILITATION HOSPITAL
ST. LUKES REHABILIATION HOSPITAL OF SHREVEPORT L.L.C.
X Y Z INSURANCE CO.
    Defendants

FILED: _____     _____
                                                                                                 CLERK

## ORDER

Considering the foregoing Motion to be removed from email and U.S. mail notice;

IT IS ORDERED that the firm of Sullivan, Stolier & Resor, APLC be removed from email and U.S. mail notice regarding Behavioral Hospital of Lutcher, L.L.C., Behavioral Hospital of Shreveport, L.L.C.; and St. Luke's Rehabilitation Hospital of Shreveport, L.L.C.

Lafayette, Louisiana, this 3rd day of April, 2008.

_____
Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)